IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JONATHAN K. STOUDMIRE, M.D., Individually and d/b/a OUTLOOK BEHAVIORAL HEALTH, INFINITY MEDICAL WEIGHT LOSS, PLLC, COLLEEN STOUDMIRE & LINDSEY MCKINNA,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>SOFTLAYER TECHNOLOGIES, INC. f/k/a THEPLANET.COM INTERNET SERVICES, INC.,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 1:15-CV-168<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SOFTLAYER TECHNOLOGIES, INC, f/k/a THEPLANET.COM INTERNET SERVICES, INC.**

NOW COME Plaintiffs, by and through their undersigned counsel and, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal of their claims against Defendant Softlayer Technologies, Inc. f/k/a ThePlanet.com Internet Services, Inc. without prejudice.

This 27th day of April, 2015.

　　　　　　　　　　　　　　　　　/s/ William F. May
　　　　　　　　　　　　　　　　　William F. May
　　　　　　　　　　　　　　　　　NCSB No. 7896
　　　　　　　　　　　　　　　　　315-F Spring Garden Street
　　　　　　　　　　　　　　　　　Greensboro, NC 27401
　　　　　　　　　　　　　　　　　(336) 272-4299
　　　　　　　　　　　　　　　　　E-mail: frontdesk.culbertsonatlaw@gmail.com

　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SOFTLAYER TECHNOLOGIES, INC f/k/a THEPLANET.COM INTERNET SERVICES, INC**. utilizing the CM/ECF system which will give notification of such filing to the following: Timothy L. Barber; Anup M. Shah.

This 27th day of April, 2015.

/s/ William F. May
William F. May
NCSB No. 7896
315-F Spring Garden Street
Greensboro, NC 27401
(336) 272-4299
E-mail: frontdesk.culbertsonatlaw@gmail.com